IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PARK NATIONAL INSURANCE COMPANY, f/k/a FIRST NONPROFIT INSURANCE COMPANY, | ) ) ) ) | Case No. 25 CV 06548 |
| Plaintiff, | ) ) | Judge Gottschall |
| vs. | ) ) | Magistrate Judge Valdez |
| THE ALLENDALE ASSOCIATION, and ALETA CLARK, | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, PARK NATIONAL INSURANCE COMPANY, f/k/a FIRT NONPROFIT INSURANCE COMPANY, by and through its undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and this Case Management Order No. 35, hereby voluntarily dismisses this action, without prejudice, as to all claims, causes of action, and defendants, with each party bearing that party's own attorney's fees and costs.

Respectfully Submitted,

**PARK NATIONAL INSURANCE COMPANY, f/k/a FIRST NONPROFIT INSURANCE COMPNAY**

By:    /s/   *James J. Hickey*
         One of its Attorneys

James J. Hickey
Joshua S. Patrick
**KENNEDYS CMK LLP**
30 S. Wacker Drive, Suite 3650
Chicago, Illinois 60606
Ph.: 312-800-5000
James.hickey@kennedyslaw.com
Joshua.patrick@kennedyslaw.com

## **CERTIFICATE OF SERVICE**

I, Tammy McCann, a non-attorney, hereby certify that I electronically filed the <u>above mentioned document</u> with the Clerk of the Northern District of Illinois using the CM/ECF system. Pursuant to FED. R. CIV. P. 5(b)(3) and the Northern District of Illinois' LR 5.9, I have thereby electronically served all Filing Users with a copy of the above document on <u>September 9, 2025</u>.

/s/ Tammy McCann

**Kennedys Law**
**30 South Wacker Drive**
**Suite 3650**
**Chicago, Illinois 60606**